KILPATRICK STOCKTON LLP
Joseph Petersen (JP-9071)
31 West 52nd Street, 14th Floor
New York, New York 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
jpetersen@kilpatrickstockton.com

TOWNSEND AND TOWNSEND AND CREW LLP
Gregory S. Gilchrist
(*pro hac vice* application to be submitted)
Gia L. Cincone
(*pro hac vice* application to be submitted)
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
gsgilchrist@townsend.com
glcincone@townsend.com

Attorneys for Defendant
LEVI STRAUSS & CO.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

REVISE CLOTHING, INC.,

                Plaintiff,

   v.

LEVI STRAUSS & CO.,

                Defendant.

Case No. 10-cv-5843 (DAB)

**NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that upon the attached Memorandum of Law In Support of Defendant Levi Strauss & Co.'s Motion to Dismiss, the Declaration of Marie Seibel and accompanying exhibits, and upon all prior pleadings and proceedings had herein, Defendant Levi Strauss & Co. will move this Court before the Honorable Deborah A. Batts, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New

York, New York, for an Order dismissing this action pursuant to the discretionary power of this Court or, alternatively, staying or transferring this action to the Northern District of California pursuant to 28 U.S.C. § 1404(a); and for such other and further relief as deemed just and proper by this Court.

**PLEASE TAKE FURTHER NOTICE** that any opposing and answering memoranda to this motion shall be served within fourteen (14) days after service of the moving papers pursuant to Local Rule 6.1(b).

Dated: New York, New York
August 16, 2010

**KILPATRICK STOCKTON LLP**

By: __/Joseph Petersen/____

Joseph Petersen (JP-9071)
31 West 52nd Street, 14th Floor
New York, New York 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
jpetersen@kilpatrickstockton.com

TOWNSEND AND TOWNSEND AND CREW LLP
Gregory S. Gilchrist
(*pro hac vice* application to be submitted)
Gia L. Cincone
(*pro hac vice* application to be submitted)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
gsgilchrist@townsend.com
glcincone@townsend.com

*Attorneys for Defendant*
*LEVI STRAUSS & CO.*

**TO:**

Gordon E.R. Troy
GORDON E.R. TROY, PC
3333 Lake Road
PO Box 368
Charlotte, VT 05445
gtroy@webtm.com
*Attorneys for Plaintiff Revise Clothing, Inc.*